ORIGINAL

FILED
04/15/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0084

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0084

Landon Wilson,

          Appellant,

    v.

Michelle Squire Rave,

          Appellee.

**ORDER**

FILED

APR 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Upon consideration of Appellant's Motion for a 30-day extension of time in which to file Appellant's Brief, and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 16, 2020 within which to prepare, serve, and file his Appellant's Brief.

Dated this 15 day of April, 2020.

_____
Chief Justice